FILED
Vanessa L Armstrong, Clerk
Dec 15 2020
U.S. District Court
Western District of Kentucky

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br> )<br>LARYNZO JOHNSON )<br>*Defendant* | Case No. 3:20-mj-778 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of September 23, 2020 in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 231(a)(3) | Civil Disorders |

This criminal complaint is based on these facts:

[X] Continued on the attached sheet

_____
*Co-Complainant's signature*

Joseph R Persails, Special Agent
*Printed name and title*

_____
*Co-Complainant's signature*

Special Agent Orrin J. Ambrose
*Printed name and title*

Sworn to before me by telephone pursuant to Fed. R Crim. P. 4.1.

Date: December 15, 2020

_____
*Judge's Signature*

City and State: Louisville, Kentucky

Regina S. Edwards, U.S. Magistrate Judge
*Printed Name and Title*

APG/JDJ *(AUSA initials)*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

We, Orrin Ambrose and Joseph Persails, Special Agents, (hereinafter "Affiants"), having been duly sworn, hereby depose and state:

1. We are investigative or law enforcement officers within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I, Orrin Ambrose, have been employed as a Special Agent for the FBI since 2014 during which time I have been assigned to conduct criminal investigations in the Louisville Division, including corporate fraud, wire fraud and money laundering, and counter terrorism. In the course of conducting these investigations, I have interviewed and debriefed informants, conducted physical surveillance, executed search and arrest warrants, conducted mail covers, and analyzed financial and business records. I have also spoken with senior Special Agents for assistance and guidance while conducting investigations.

3. I, Joseph R. Persails, am a Criminal Investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to Louisville Field Office, and have been so employed since September 2013. Prior to my employment with ATF, I was employed as a Police Officer for the City of Hollywood, Florida, from January 2006 to September 2013. I hold a Bachelor's degree in Criminal Justice Management from Union Institute and University and a Master's degree in Criminology and Criminal Justice from Florida Atlantic University. I have been involved in numerous criminal investigations that have resulted in the arrest and conviction of criminal defendants. I have been an affiant on Federal search warrants. I have

1

investigated violent criminals and violent criminal groups. I have experience in and have received extensive training, both formal and on-the-job in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26, U.S.C.

4. We have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violations of Title 18, United States Code, Section 231(a)(3), whoever commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce.

5. In Title 18, United States Code, Section 232 there are several definitions for the terms "civil disorder", "commerce", and "law enforcement officer". The term "civil disorder" is defined "any public disturbance involving acts of violence by assemblages of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual." The term "commerce" means commerce (A) between any State or the District of Columbia and any place outside thereof; (B) between points within any State or the District of Columbia, but through any place outside thereof; or (C) wholly within the District of Columbia. The term "law enforcement officer" means any officer or employee of the United States, any State, any political subdivision of a State, or the District of Columbia, while engaged in the enforcement or prosecution of any of the criminal laws of the United States, a State, any political subdivision of a State, or the District of Columbia.

6. We are familiar with the information contained in this affidavit through personal participation in the investigation, review of documents and records, and conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. It does, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

7. On September 23, 2020, **LARYNZO JOHNSON (JOHNSON)** shot two Louisville Metro Police Department (LMPD) officers and discharged multiple rounds at other officers, all engaged in the lawful performance of their official duties, during and incident to the commission of civil disorder in Louisville, Kentucky. By firing multiple rounds at officers, wounding two officers, **JOHNSON** obstructed, impeded, and interfered, with the performance of the official duties of those law enforcement officers. **JOHNSON** was part of an unlawful assembly of numerous individuals causing a public disturbance involving acts of violence by assemblages of three or more persons, which caused an immediate danger of or resulted in damage or injury to the property or person of any other individual. The civil disorder and shootings resulted in the closure of the northbound exit off of Interstate 65 and the closure and continued closure of numerous business, which obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce. A phone and firearm, a Smith and Wesson, pistol 9mm Luger, model SD9VE, serial number FWF0788, were recovered from **JOHNSON** when he was arrested.

## BACKGROUND

8. Since on or about May 2020, peaceful protesters have gathered in Louisville public areas to protest the death of Breonna Taylor. One of the predominate protest areas was known as Jefferson Square Park located within the downtown area of Louisville. Daily peaceful protests at and around Jefferson Square Park were regularly followed by nightly criminal activity conducted by violent opportunists in the form of vandalism, destruction of property, looting, arson, and assault. And as such many businesses located within the downtown Louisville area had to close, board their windows and doors, in an attempt to avoid property damage that could have been caused by the violent opportunists concealed within the protest groups. However, several businesses choose to remain open during that time.

9. On September 23, 2020, the Attorney General for the Commonwealth State of Kentucky, announced the Grand Jury findings related to the death of Breonna Taylor.

## PROBABLE CAUSE

10. On September 23, 2020, a large group of protestors, who had been deemed an unlawful assembly earlier in the day, were reported to have been travelling by foot and traveling northbound on S. Brook St. towards Broadway. LMPD's Special Response Team (SRT) was deployed in attempt to control the large group's movements and disband the large number of protestors. Police reports throughout the day identified criminal activity, including multiple arson attempts on the Hall of Justice and other locations such as the corner of Muhammad Ali and Sixth Street, crowds of individuals throwing bottles at law

enforcement at multiple locations, property damage and smashing windows of businesses, and shots fired.

11. On September 23, 2020, at approximately 8:21 PM, LMPD ShotSpotter detected a multiple gunshot incident near the location of 107 College St. At approximately 8:26 PM, LMPD responded to a large group of protesters who had gathered near the cross streets of S. Brook St. and Broadway in Louisville, Kentucky, which is two blocks north and one block east from the ShotSpotter detection.

12. Upon encountering the large group, SRT deployed aerial crowd control devices in an attempt to disrupt the group's movement. After the aerial crowd control devices were deployed, LMPD officers reported hearing gun shots which they believed had originated in the vicinity of the large group. Soon afterwards, LMPD officers reported that two officers had been struck by gun fire resulting in both officers being injured. LMPD Officers closed the northbound exit 136A of Interstate 65 to stop vehicles from entering the scene.

13. After the shooting incident, protesters identified the shooter as a black man in a tie-die sweatshirt and black Adidas pants. The man matching that description was located standing near the Thorntons at 1st street and Broadway. He was later identified as **LARYNZO JOHNSON (JOHNSON)**.

14. LMPD SWAT was dispatched to arrest **JOHNSON** at the Thorntons. **JOHNSON** was arrested at the scene with a gun located in his pocket later determined to be a Smith and Wesson pistol 9mm Luger, model SD9VE, serial number FWF0788. In addition to the gun, **JOHNSON** had a cell phone in his possession. When being searched incident to his arrest, **JOHNSON** identified the phone as his phone to LMPD Officer Chris Priel. The

phone was identified as a Black LG Cell Phone bearing IMEI 352488117270349. The Bureau of Alcohol, Tobacco and Firearm's Forensic Laboratory confirmed that the fired cartridge cases collected at the scene were fired by the Smith and Wesson pistol 9mm Luger, model SD9VE, serial number FWF0788, recovered from **JOHNSON** at the time of his arrest.

15. On September 23, 2020, upon receiving the reports that two LMPD officers had been shot, Homeland Security Investigations (HSI) analysts immediately started reviewing multiple publicly available social media videos and photographs in an attempt to collect videos and photographs of the shooting incident previously described. On September 23, 2020, a known social media user known as "RiotHeartMedia" had been documenting the protests, and more specially the large group of protesters, in real time though his Facebook social media account. After the reported shooting incident, HSI analysts reviewed multiple social media accounts looking for videos and/or photographs that may have captured the incident and provide more details into the situation. Upon reviewing these videos and/or photographs, HSI analysts discovered that Facebook user "RiotHeartMedia" had captured the shooting incident and its surroundings on video while being present during the demonstration and documenting the protests live.

16. This is a joint investigation with LMPD Public Integrity Unit, the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the Federal Bureau of Investigation (FBI), and Homeland Security Investigations (HSI). The FBI and ATF serve as co-affiants on this affidavit and criminal complaint.

**IN ANY WAY OR DEGREE OBSTRUCTS, DELAYS, OR
ADVERSLY AFFECTS COMMERCE**

17. On September 23, 2020, LMPD Detective Chad Burke (hereinafter Burke) was part of a roving unit assigned to handle any problems that could arise involving the protests. LMPD learned the protest group, that **JOHNSON** was part of, had turned Northbound on S Brook St towards Broadway. Burke and his partner blocked traffic on the Northbound I 65 off ramp at E Jacobs St to divert traffic away from, and to protect, the protestors. While in the process of closing the exit ramp, Burke heard the aerial bangs that were deployed by LMPD SRT and then heard the gunfire and ran towards the gunfire. Burke, and other LMPD officers detained a group of four people who were located at the I 65 underpass and Jacob St. Then, while continuing on the path to Brooks St, Burke stopped to assist a man who appeared to be overdosing on narcotics. After assisting the overdosing man, Burke provided perimeter security, while LMPD SWAT apprehended **JOHNSON**. LMPD Sergeant Omar Lee (hereinafter Lee) responded to the shooting incident and recalled seeing the Northbound I 65 exit ramp was closed when Lee arrived near the scene of the incident. Lee parked his vehicle on the exit ramp as there were several marked police cars with emergency lights surrounding the area.

18. Afterwards, several of the businesses who choose to remain open throughout the prior daily protests, choose to close or remain closed in an attempt to avoid the anticipated large number of protesters and violent opportunists.

19. The Thorntons and 1st and Broadway, Louisville, Kentucky, was open on September 23, 2020. At approximately 7:45 PM, Thorntons General Manager made the decision to temporarily close the Thorntons as the protesters had increased in number and were getting closer to the Thorntons. The intent of the closure was to let the protesters pass

and reopen the store when it was believed to be safe. As a result of this shooting incident, the entrances from the street to Thorntons were blocked and/or closed by LMPD. No one, including Thorntons' employees, were allowed to enter or exit the Thorntons property. Thorntons remained closed until approximately 11:00 PM that evening. As a result of Thorntons' closure, Thortons lost business to its store and was unable to sell gasoline. Thorntons had remained opened (twenty-four hours a day, seven days a week) since the daily protests began in May 2020. All point of sale transactions through Thornton's point of sale system travel in interstate commerce outside the state of Kentucky to be processed.

20. The Taco Bell located at 108 E. Broadway, Louisville, Kentucky, was closed. The general manager told investigators that Taco Bells's normal business hours were 10:00 AM to 3:00 AM Monday through Thursday, 10:00 AM to 4:00 AM on Friday and Saturday, and 10:00 AM to 1:00 AM on Sunday. The general manager stated that employees arrive prior to 9:00 AM each day to process deliveries and prepare the restaurant for business. Prior to September 23, 2020, the general manager became aware of the impending Attorney General announcement regarding the Breonna Taylor incident. The general manager worked with Taco Bell's corporate entity, ABDD Capitol (based in Florida), to have his Taco Bell windows and doors covered with sheets of metal and a new lock installed on the rear door to allow employees a more secure entrance. On the morning of September 23, 2020, for the safety of the employees, the general manager closed the restaurant because of the Attorney General's pending announcement and did not reopen for business until September 27, 2020. During these dates of closure, the general manager told investigators that he had to go into the

8

restaurant to throw away product that had expired and/or could not be served to customers. In addition, and while the restaurant was closed, he received two deliveries of product from his supplier that could not be utilized and had to cancel an additional two deliveries. The general manager stated several of his employees were not able to work during the closure period and several other employees had to travel to other franchise locations to work.

21. The Walgreens located at 200 E Broadway, Louisville, Kentucky was closed. The general manager told investigators that due to the anticipated riots, that Walgreens location closed at approximately 12:22 PM on September 23, 2020. The normal hours of operation for Walgreens are from 6:00 AM to 10:00 PM.

22. The Sherwin-Williams located at 717 S Brook St., Louisville, Kentucky was closed. The general manager told Investigators that the Sherwin-Williams store closed at approximately 12:00 PM on September 23, 2020, due to the anticipated protests. Sherwin-Williams also had to reschedule deliveries due to being closed early and the business was affected for a couple of days.

23. The Subway located at 719 S. Brook St., Louisville, Kentucky, was closed. An employee recalled Subway closed at approximately 1:00 PM on September 23, 2020 due to "everything that is going on down here" referring to downtown Louisville and the protest. The employee knew some deliveries had been changed or stopped, but did not believe Subway was scheduled to receive any deliveries that day.

24. Based on the above facts and circumstances as well as this Affiants' training and experience, Affiants state that there is probable cause to believe that **LARYNZO**

**JOHNSON** has committed violations of Title 18, Untied States Code, Section 231 (a)(3), Civil Disorders.

Co-affiants:

_____
Joseph R. Persails
Special Agent, ATF


_____
Orrin J. Ambrose
Special Agent, FBI


Subscribed and sworn to before me by telephone on December 15, 2020.

_____
Regina S. Edwards
United States Magistrate Judge